FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 3 2010

GREGORY C. LANGHAM
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
|---|---|
| v. | CASE NUMBER: 10-mj-07007-MEH |
| KIMBERLY F. WALKER | Pro Se (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1, 2, and 3 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. 42-2-138(1)(a); 18 U.S.C. § 661; 18 U.S.C. § 13; C.R.S. § 42-4-1301(1)(a) | Driving Under Restraint, Larceny, Driving Under the Influence | On or about 8/30/10, 8/20/10, and 8/14/10 | 1, 2, and 3 |

Defendant is sentenced to 12 months unsupervised probation, with 30 days in jail and 30 days suspended. Defendant to complete a Petty Theft class and a Level 1 Drug and Alcohol class, both within 90 days of this date. Defendant to complete 24 hours of Community Service, with 2 hours of the 24 to be completed through MADD. Restitution of $787.24 is to be paid to AAFES directly. Fine and fees due by May 18, 2011. Proof of completion of conditions to be provided to the government.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** $825 | $25.00 | $800.00 |

November 17, 2010
Date of Imposition of Judgment

s/ Michael E. Hegarty
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

November 23, 2010
Date